**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE DETENTION PENDING** |
| | ) | **PLACEMENT AT CENTRE, INC.** |
| vs. | ) | |
| | ) | |
| Timothy White Body, | ) | |
| | ) | Case No. 4:06-cr-033 |
| Defendant. | ) | |

On July 25, 2006, the defendant made his initial appearance on an indictment and was arraigned. AUSA David Hagler appeared on the government's behalf. Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on the defendant's behalf.

The government orally moved for detention pending availability of bed space at Centre, Inc. Thereafter, the defendant waived his right to a detention hearing and consented to detention pending placement at Centre, Inc. The court finds that the defendant's waiver was made knowingly, intelligently, and with the advise of counsel.

Accordingly, the court **GRANTS** the government's Motion for Detention and **ORDERS** that the defendant be detained until such time that bed space becomes available at Centre, Inc. The court **FURTHER ORDERS** that pending the availability of bed space at Centre, Inc., the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court

proceeding.  Once bed space becomes available, the defendant will execute the appropriate order releasing him to into the third-party custody of Centre, Inc.

Dated this 25 day of July, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge